UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-cr-60 |
| v. ) | |
| ) | JUDGE MATTICE |
| MICHAEL McCALLIE ) | MAGISTRATE JUDGE LEE |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the above named defendant on the indictment returned by the Grand Jury was held before the undersigned on April 15, 2009.

Those present for the hearing included:

(1) AUSA Mel Schwing for the USA.
(2) Defendant MICHAEL McCALLIE.
(3) Atty. Mary Ellen Coleman for defendant.
(4) Courtroom Deputy Kelli Jones.

The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment and acknowledged having the opportunity of reviewing the indictment with counsel.

The defendant waived a formal reading of the indictment in open court, and entered not guilty pleas to each count of the indictment.

Presently, this case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

Dated: April 15, 2009      *s/William B. Mitchell Carter*
                            UNITED STATES MAGISTRATE JUDGE