# MEMORANDUM

**TO:** Honorable John M. Rogers
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge Harry S. Mattice, Jr.

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Michael McCallie - Case No. 1:09-cr-60

**Name of Expert or Investigator:** Trey Aycock

**Address:** 1010 Market Street, Suite 206, Chattanooga, TN 37402

**Type of Expert:** Investigative Services

**Reason for Application:** The reason for the application is set out in the attached Motion for Authorization for Additional Investigative Services. Counsel for defendant has advised further investigation services will require an additional cost of $1,000.00 for a total approved amount of $2,600.00.

**Estimated Compensation.** $2,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $1,000.00.

_____     1/13/10
U.S. District Judge Harry S. Mattice, Jr.     Date

_____     JAN 21 2010
Honorable John M. Rogers     Date
U.S. Court of Appeals